IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:15-CR-153 |
| : | |
| v.  : | (Chief Judge Conner) |
| : | |
| **WILFREDDY PEREZ,** : | |
| : | |
| **Defendant** : | |

## ORDER

AND NOW, this 28th day of October, 2016, upon consideration of the motion (Doc. 449) for return of personal property filed *pro se* by defendant Wilfreddy Perez ("Perez"), requesting return of his cellular telephone, seized by the government in connection with its investigation in the above-captioned matter, and further upon consideration of the response (Doc. 468) filed by counsel for the United States, indicating that the United States does not object to the return of Perez's cellular telephone and in fact "has undertaken steps to return" same, but that, because Perez is in federal custody, the telephone cannot be returned to him directly and must instead be returned to an individual designated in writing by Perez to receive same, (id. at 2), it is hereby ORDERED that Perez's motion (Doc. 449) for return of property is DENIED as moot and without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania